# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 181 |
| | : | |
| | : | DISCIPLINARY RULES |
| FINANCIAL INSTITUTIONS APPROVED | : | |
| AS DEPOSITORIES FOR FIDUCIARY | : | DOCKET |
| ACCOUNTS | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2019, it is hereby Ordered that the financial institutions named on the attached list are approved as depositories for fiduciary accounts in accordance with Pa.R.D.E. 221.